JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIA MCGOVRAN, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant ) <br> ) <br> _____) | Case No. 1:19-CV-01383-BAM <br><br> **STIPULATION AND** <br> **ORDER FOR EXTENSION OF TIME** <br> **TO FILE PLAINTIFF'S CONFIDENTIAL** <br> **LETTER BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 15 days to March 26, 2020, for Plaintiff to file her Confidential Letter Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's Counsel has a large number of filings due within the next two weeks, including a Ninth Circuit brief.

**McGovran v. Saul**          **Stipulation and Order**          **E.D. Cal. 1:19-cv-01383-BAM**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 10, 2020  JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: March 11, 2020  MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Marcelo N. Illarmo*
MARCELO N. ILLARMO
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

**McGovran v. Saul**  **Stipulation and Order**  **E.D. Cal. 1:19-cv-01383-BAM**

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time from March 11, 2020, to March 26, 2020, to serve her Confidential Letter Brief. All other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The Court notes that the parties' stipulation was filed on March 11, 2020, which was the applicable deadline for Plaintiff's Confidential Letter Brief. (*See* Doc. Nos. 4, 8-9.) The parties are cautioned that the Local Rules require counsel to seek to obtain a necessary extension from the Court as soon as the need for the extension becomes apparent. L.R. 144(d). Any future requests for Court-approved extensions brought on or after the applicable deadline will be looked upon with disfavor. *Id.*

IT IS SO ORDERED.

Dated: __**March 12, 2020**__   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

**McGovran v. Saul**     **Stipulation and Order**     **E.D. Cal. 1:19-cv-01383-BAM**