UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIA K. MCGOVRAN,<br><br>             Plaintiff,<br><br>       v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>             Defendant. | Case No.  1:19-cv-01383-BAM<br><br>**ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF**<br><br>(Doc. No. 13) |

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a forty-five (45) day extension of time to file her Opening Brief is GRANTED.  (Doc. No. 13.) Plaintiff shall file her Opening Brief on or before July 16, 2020.[1]  All other deadlines in the Court's Scheduling Order are modified accordingly.  The parties are advised that no further extensions of time shall be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

    Dated:   **June 1, 2020**                     /s/ Barbara A. McAuliffe            
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation seeks an extension of time to "September July 16, 2020."  (Doc. No. 13 at 1.)  Because the request, filed on May 29, 2020, seeks a 45-day extension, the Court construes the date as "July 16, 2020."